Name: Britanya-Ranita:Bey
Address: C/o 3836 ALABAMA STREET APARTMENT 203 SAN DIEGO, CALIFORNIA [92104]
Telephone Phone: 619-727-3275
Email:

FILED
Jun 05 2023
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY   s/ GloriaVocal   DEPUTY

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF CALIFORNIA

Britanya-Ranita:Bey,
Plaintiff(s),

v. Steve Schneider, Hilton H. Howell, Pat La Platney, William P. Joslin, Joe Sciortino, Robb Hayes, Allison Childers, Robbie Chandler, Greg Meriwether,
Defendant(s).

Case No.: '23CV1042 BAS BGS
(assigned at time of filing)

**COMPLAINT**

I. **RELATED CASES**

   a. Do you have other Civil Case(s) in this or any other federal court?

      ☐ Yes   ☒ No

   b. If yes, please list the case numbers here:

II. **STATEMENT OF CLAIM** *(Briefly state the facts of your case. Describe how each defendant is involved, and tell what each defendant did to you that caused you to file this suit against them. Include names of any other persons involved, dates, and places.)*

1

On April 04, 2023 a Common LAW COPYRIGHT was delivered to Steve Schneider, Hilton H. Howell, Pat La Platney at Executive Offices 4370 Peachtree Road, NE Suite 400 Atlanta, GA 30319 also to William P Joslin at 520 E. Colorado Ave. Colorado Springs, Colorado 80903 also to Joe Sciortino, Robb Hayes, Allison Childers, Robbie Chandler, and Greg Meriwether at WAFB 9 844 Government St. Baton Rouge, LA 70802 to put them on notice to copyright infringement of a PRIVATE TRUST BRITANYA RANITA LEWIS©. I recieved a reply through email from William P. Joslin (General Attorney) stating your DEMAND IS REFUSED. On April 20th, 2023 a conditional acceptance Proof of Claim was delivered to the aforementioned above FOR ANTITRUST VIOLATION LAWS, COPYRIGHT INFRINGEMENT, DEFAMATION OF CHARACTER, FALSE ALLEGATIONS, EQUITY VIOLATIONS AND/OR MISREPRESENTATION OF A TRUST FOR THE ONLINE PUBLICATION OF A PRIVATE TRUST BRITANYA RANITA LEWIS© AND WAS GIVEN 10 days to respond to the Proof of claims no response becomes the security agreement under commercial law. On May 3, 2023 Notice of DEFAULT Opportunity to Cure and Contest Acceptance was delivered to the aforementioned was given 3 calendar days plus 4 calendar grace period which non-response equates to tacit agreement. On May 11th, 2023 Asservation and NOTICE OF DEFAULT AND RES Judicata, Affidavit or Certificate of Non-Response and faliure to Contest Acceptance and Agreement, and NOTICE OF ARBITRATION, INVOICE NON-NEGOTIABLE was delivered to the aforementioned, they failed to adhere to the Conditional Acceptance for value places them in dishonor

III. **RELIEF YOU REQUEST** *(State exactly what you want the court to do for you. Do not use this space to state the facts of your claim.)* Special Prayer

I WOULD LIKE THE COURT TO SUBPOENA EACH INDIVIDUAL to adhere to the matter at hand also Arbitration for Compensatory damages, punitive damages, and emotional distress 1,000,000.00 each.

3

1  IV.  **DEMAND FOR JURY TRIAL** *(Would you like a trial by jury on all claims*
2       *pursuant to FRCP, Rule 38?)*
3            ☐ Yes        ☒ No
4
5  I declare under penalty of perjury that the foregoing is true and correct.
6
7  06/05/2023                          *Britanya-Ranita:Bey*
   Date                                Signature
8
                                       *Britanya-Ranita:Bey*
9                                      Printed Name